# IN THE UNITED STATES DISTRICT COURT FOR THE
# NORTHERN DISTRICT OF FLORIDA
# PANAMA CITY DIVISION

**BORIS TAVE MCKINNEY,**

    **Plaintiff,**

vs.                                                            **CASE NO. 5:05CV35-SPM/AK**

**JAMES W. CROSBY, et al,**

    **Defendants.**

_____/

## REPORT AND RECOMMENDATION

Plaintiff brings this cause alleging that officers from Jackson Correctional Institution, Washington Correctional Institution, and North Florida Reception Center Security Unit threatened and assaulted him for his participation at an evidentiary hearing in another inmate's case. Plaintiff has filed numerous motions for injunctive relief (docs. 8, 10, 20, and 22), which all basically request the same relief, *i.e.* that he be moved from Washington Correctional Institution where a defendant is an employee to avoid unspecified retaliation for filing this lawsuit.[1] Plaintiff asserts only general claims

---

[1] In his motion for TRO (doc. 10), with accompanying memorandum in support (doc. 12), Plaintiff adds that he needs to be transferred to avoid contact with Defendant Mr. Dullapp, but there is no such defendant named in this cause. Plaintiff has filed a

of harassment and threats, but has provided **no** specific facts to warrant injunctive relief. Plaintiff has offered no specific incidents or threats to support his claim that his life is in danger.

In light of the foregoing, it is respectfully **RECOMMENDED** that the motions for injunctive relief (docs. 8, 10, 20, and 22) be **DENIED**.

**IN CHAMBERS** at Gainesville, Florida, this __**17**$^{th}$__ Day of March, 2005.


s/ A. KORNBLUM
ALLAN KORNBLUM
UNITED STATES MAGISTRATE JUDGE


### NOTICE TO THE PARTIES

**A party may file specific, written objections to the proposed findings and recommendations within 15 days after being served with a copy of this report and recommendation.  A party may respond to another party's objections within 10 days after being served with a copy thereof.  Failure to file specific objections limits the scope of review of proposed factual findings and recommendations.**

---

Notice of Correction (doc. 13), wherein he purports to correct the docket that all references to Sgt. Dalancy should be corrected to refer to Sgt. Dullapp.  The proper way to make this correction is by filing an amended complaint, which Plaintiff has been granted leave to do by separate Order.

**No. 5:05cv35-spm/ak**