IN THE UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF FLORIDA
PANAMA CITY DIVISION

**BORIS McKINNEY,**

    **Plaintiff,**

vs.                                                            5:05-CV-35-SPM

**JAMES CROSY,** *et al.***,**

    **Defendants.**

_____/

**ORDER ADOPTING MAGISTRATE'S REPORT AND RECOMMENDATION
AND DENYING MOTIONS FOR INJUNCTIVE RELIEF**

    **THIS CAUSE** comes before the Court upon the magistrate judge's report and recommendation (doc. 28) filed March 17, 2005.  The parties have been furnished a copy and have been afforded an opportunity to file objections.  No objections were filed.

    Pursuant to Title 28, United States Code, Section 636(b)(1), I have determined that the report and recommendation should be adopted.

    Accordingly, it is

    **ORDERED AND ADJUDGED** as follows:

1.    The magistrate judge's report and recommendation (doc. 28) is adopted and incorporated by reference in this order.

2. The motions for injunctive relief (docs. 8, 10, 20, and 22) are hereby *denied*.

**DONE AND ORDERED** this <u>twenty-sixth</u> day of April, 2005.

*s/ Stephan P. Mickle*
Stephan P. Mickle
United States District Judge

/pao