IN THE UNITED STATES DISTRICT COURT FOR THE
NORTHERN DISTRICT OF FLORIDA
PANAMA CITY DIVISION

**BORIS TAVE MCKINNEY,**

    **Plaintiff,**

**vs.**                                        **CASE NO. 5:05CV35 SPM/AK**

**JAMES CROSBY, et al,**

    **Defendants.**

_____/

## O R D E R

Plaintiff was directed to file a second amended complaint on or before June 15, 2005. (Doc. 36). When no amended complaint was forthcoming, the Court entered a show cause order requesting a written response as to why this cause should not be dismissed. (Doc. 37). Plaintiff has responded that he never received the order about filing a second amended complaint (doc. 38) and has provided documentation to support this. (Doc. 38). Plaintiff has also filed a motion for court assistance to direct the librarian at the institution to copy his amended complaint for him. (Doc. 41). The Court will instead direct our Clerk's Office to copy that amended complaint, as well as the

order directing him to file a second amended complaint, and mail these documents to him.

Accordingly, it is

**ORDERED:**

1.  **The Clerk of Court shall copy document numbers 29 and 36 and mail them to Plaintiff at his present address**.

2.  Plaintiff's motion for court assistance (doc. 41) is **DENIED AS MOOT**.

3.  Plaintiff shall have through November 4, 2005, to file a second amended complaint in conformity with the Court's previous order.

**DONE AND ORDERED** at Gainesville, Florida, this  **5**th   day of October, 2005.


s/ A. KORNBLUM
**ALLAN KORNBLUM**
**UNITED STATES MAGISTRATE JUDGE**

**No. 5:05cvspm/ak**