IN THE UNITED STATES DISTRICT COURT FOR THE
NORTHERN DISTRICT OF FLORIDA
PANAMA CITY DIVISION

**BORIS TAVE MCKINNEY,**

    Plaintiff,

v.                                    **CASE NO. 5:05-cv-00035-SPM-AK**

**BRESTYNSKI,
JAMES V CROSBY, JR,
DALANCY,
NORTH FLORIDA RECEPTION CENTER,
STATE OF FLORIDA,**

    Defendants.
_____/

### O R D E R

This matter is before the Court on Plaintiff's Motion for Production of Evidentiary Hearing. (Doc. 35). The Court does not yet have a viable complaint for service upon the defendants such that any discovery requests at this time are premature. Plaintiff's motion for hearing transcripts (doc. 35) is **DENIED.**

**DONE AND ORDERED** this **20th** day of October, 2005

                           *s/ A. KORNBLUM*
                           **ALLAN KORNBLUM
UNITED STATES MAGISTRATE JUDGE**