## IN THE UNITED STATES DISTRICT COURT
## FOR THE NORTHERN DISTRICT OF FLORIDA
## PANAMA CITY DIVISION

**BORIS McKINNEY,**

     **Plaintiff,**

**vs.**                                                                                      **5:05-CV-35-SPM**

**JAMES CROSBY,** *et al.*,

     **Defendants.**

_____/

### ORDER ADOPTING MAGISTRATE'S REPORT AND RECOMMENDATION
### AND DENYING MOTIONS FOR INJUNCTIVE RELIEF

**THIS CAUSE** comes before the Court upon the magistrate judge's report and recommendation (doc. 46) filed November 16, 2005.  The parties have been furnished a copy and have been afforded an opportunity to file objections. Petitioner filed his objections on November 30, 2005 (doc. 47).

Pursuant to Title 28, United States Code, Section 636(b)(1), I have made a *de novo* determination of those portions to which an objection has been made. First, Plaintiff is not entitled to discovery because he has not pled a valid cause of action.  Second, Plaintiff's (unsubstantiated) claim of imminent danger does not change the fact that the individuals named are not parties to the instant action. As the magistrate noted in his report and recommendation, Plaintiff may properly

pursue this claim by filing a separate action and paying the $250 filing fee.

Accordingly, it is

**ORDERED AND ADJUDGED** as follows:

1.      The magistrate judge's report and recommendation (doc. 46) is

adopted and incorporated by reference in this order.

2.      The second amended complaint (doc. 44) is hereby *dismissed* for

failure to state a claim pursuant to 28 U.S.C. § 1915(e)(2).

3.      The emergency motion (doc. 45) is hereby *denied*.

**DONE AND ORDERED** this <u>second</u> day of December, 2005.

*s/ Stephan P. Mickle*

Stephan P. Mickle
United States District Judge

/pao